■ In the Matter of ELIJAH PACKARD BRESLEY, an Attorney. [51 NYS3d 902]—

Per Curiam. Elijah Packard Bresley was admitted to practice by this Court in 2015 and lists a business address in West Hartford, Connecticut with the Office of Court Administration. Bresley now seeks leave to resign from the New York bar for nondisciplinary reasons (*see* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department advises that it does not oppose Bresley's application.

Upon reading the affidavit of Bresley sworn to December 4, 2016, and upon reading the correspondence in response by the Chief Attorney for the Attorney Grievance Committee for the Third Judicial Department, and having determined that Bresley is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

Egan Jr., J.P., Devine, Clark, Mulvey and Aarons, JJ., concur. Ordered that Elijah Packard Bresley's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further ordered that Elijah Packard Bresley's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (*see generally* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further ordered that Elijah Packard Bresley shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.